# NAPOLI KAISER BERN & ASSOCIATES, LLP

Marc Jay Bern *†
Paul J. Napoli *
Jeffrey A. Guzman *
Steven Kreutsel *

Richard Corcoran
Mario D'Angelo
Brian Guillorn
Noble McIntyre
Jeremy Thurman
Richard Weiss

Attorneys At Law
3500 Sunrise Highway, Suite T-207
Great River, New York 11739
(212) 267-3700

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2004 ★

BROOKLYN OFFICE

Melinda R. Alexis-Hayes *
Peter L. Benza *
W. Steven Berman
Nicole V. Gurkin *
Christopher R. LoPalo *
Thomas W. Raleigh *
Ernest Reece *
Denise A. Rubin *
Joy R. Simon *
Jeremy Thurman

* Admitted In New York
† Admitted In New Jersey
Admitted In Wisconsin
Admitted In Pennsylvania
Admitted In Florida
Admitted in District of Columbia
Admitted in Oklahoma
Of Counsel

September 16, 2004

BY HAND DELIVERY

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted.*

Re:   In re: Diet Drug Product Liability Litigation
      Remand Motions Scheduled for Oral Argument

Dear Judge Gleeson:

As you know, this office represents a number of plaintiffs whose diet drug product liability matters, initially commenced in the Supreme Court of the State of New York and pending in the combined litigation before the Honorable Helen Freedman in that Court, have been removed to the Southern District of New York by counsel for defendant Wyeth. A list of the cases addressed in this letter is annexed here for your convenience.

> Lolita Gooden cv 04 2487
> Tracey Jordan cv 04 2486
> Jaqueline Marmol cv 04 2484
> Danny & Walkira Mendez cv 04 2490
> Kevin Murry cv 04 2490
> Nina Romano cv 04 2485

*Oral argument will take place on 10/8/04 @ 11:30 am*

We have been advised that the listed matters have been scheduled for Oral Argument before Your Honor on Friday, September 17, 2004. Unfortunately, this was not on our calendar, and due to the Jewish High Holidays, we find that we require a brief adjournment (which is on consent of all parties) of the Oral Argument because the responsible attorney (*i.e.*, the undersigned) is currently out of town for the holiday. ***Thus, we respectfully request a two-week adjournment of oral argument to be rescheduled for a day and time convenient for this Court.***

Thank you in advance for your anticipated assistance with this request.

Respectfully submitted,

Denise A. Rubin (DR-5591)

cc: Michael Schissel, Arnold & Porter